UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 18-CR-167 (RMC) |
| v. | : | |
| ANTHONY HORTON, | : | FILED |
| | : | JUL 2 5 2018 |
| Defendant. | : | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

## STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

**I.     Elements of the Offense:**

The essential elements of the offense of Escape from Custody, in violation of 18 U.S.C. § 751(a), each of which the government must prove beyond a reasonable doubt, are:

1. Defendant Anthony Horton voluntarily departed from custody while knowing that his actions would result in his leaving custody and/or physical confinement without permission;

2. That he was in the custody of the Attorney General, or confined in an institution at the direction of the Attorney General; and

3. That such custody or confinement was pursuant to a judgment of conviction or other process issued under the laws of the United States.

## II. Penalties

Defendant Horton agrees to admit guilt and understands that the penalty for Escape from Custody, in violation of 18 U.S.C. § 751(a), is:

(A) A term of imprisonment not greater than five years;

(B) A fine not to exceed $250,000;

(C) A term of supervised release of not more than one year, after any period of incarceration, and;

(D) A special assessment of $100.

## III. Brief Statement of the Facts:

If this case were to go to trial, the Government's evidence would establish beyond a reasonable doubt that:

1. On or about October 28, 2003, Anthony Horton (the Defendant) was convicted of Armed Robbery (two counts), in violation of Title 22, District of Columbia Code, §§ 2801; 4502, and Possession of a Firearm During a Crime of Violence, in violation of Title 22, District of Columbia Code, § 4504, in the Superior Court for the District of Columbia. Judge Russell F. Canan sentenced the Defendant to 4 years of incarceration for each conviction of Armed Robbery, to run concurrently and to 5 years of incarceration for the conviction of Possession of a Firearm During a Crime of Violence. These periods of incarceration were to be followed by five years of supervised release.

2. On May 12, 2017, the Defendant was sentenced to 13 months of incarceration on a probation violation for the abovementioned case, to be served at Federal Correctional Institution Hazelton, located in Bruceton Mills, West Virginia. On February 7, 2018, the Defendant was

furloughed to Hope Village Residential Re-Entry Center ("Hope Village"), located at 2840 Langston Place, S.E., Washington, D.C. 20020.

3. On February 13, 2018, the Defendant left Hope Village with authorization, but did not return after departing on an approved pass. He has since been arrested and is currently detained at the D.C. Jail.

5. At the time of the Defendant's unauthorized departure from Hope Village on February 13, 2018, he was in the custody of the Attorney General, or confinement in an institution where the prisoner was confined by the direction of the Attorney General.

Respectfully submitted,

JESSIE K LIU
United States Attorney
D.C. Bar No. 482845

By: */s/ Gregory Rosen*
Gregory Rosen
Assistant United States Attorney
VA Bar No. 82584
U.S. Attorney's Office
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 252-6932
Gregory.rosen@usdoj.gov

## DEFENDANT'S ACCEPTANCE

I have read the Statement of Offense setting forth the facts related to my guilty plea to Escape, in violation of Title 18, United States Code, Sections 751(a). I have discussed this proffer fully with my attorney, Dani Jahn, Esq. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 7-25-18

Anthony Horton
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the government's proffer of evidence related to my client's guilty plea to Escape, in violation of Title 18, United States Code, Sections 751(a). I have reviewed the entire proffer with my client and have discussed it with her fully. I concur in my client's agreement with and acceptance of this proffer.

Date: 7/25/18

Dani Jahn, Esq.
Counsel for Defendant